# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 22-3088**  **September Term, 2023**

**1:21-cr-00060-CKK-1**

**Filed On: February 5, 2024** [2038940]

United States of America,

    Appellee

    v.

Jesus D. Rivera, also known as JD Rivera,
also known as Jesus Delamora Rivera,

    Appellant

## M A N D A T E

    In accordance with the judgment of December 12, 2023, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                        **FOR THE COURT:**
                                        Mark J. Langer, Clerk

                      BY:    /s/
                                        Daniel J. Reidy
                                        Deputy Clerk

Link to the judgment filed December 12, 2023